UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCP PENTIVM GROUP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 24-cv-00283 |
| NEXT ALPHA MANAGEMENT, LLC, NEXT ALPHA HOLDING, LLC, and JOHN "KANAN" FLOWERS, | ) ) ) ) ) ) ) |
| Defendants. | ) |

**[~~PROPOSED~~] ORDER GRANTING
MOTION TO SERVE SUMMONS
AND FIRST AMENDED COMPLAINT BY E-MAIL**

Upon consideration of the Plaintiff SCP Pentivm Group's ("Plaintiff") Motion to serve the Summons and First Amended Complaint on Defendant John "Kanan" Flowers ("Flowers") via email, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and Plaintiff shall serve their Summons and First Amended Complaint on Flowers by e-mail on or before July 14, 2024.

Dated: May 23, 2024

*/s/ Andrew T. Carter*
The Honorable Andrew L. Carter, Jr. U.S.D.J.