UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
:
**SCP PENTIVM GROUP,** :
:
                **Plaintiff,** :
: **1:24-cv-0283 (ALC)**
      **-against-** :
: **AMENDED**
**NEXT ALPHA MANAGEMENT, LLC,** : **ORDER**
**NEXT ALPHA HOLDING, LLC, and** :
**JOHN KANAN FLOWERS,** :
:
              **Defendants.** :
---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court amends its prior order in ECF No. 29 because the Court is replacing its telephonic conference system. The Court will hold a telephonic conference in this action on **December 12, 2024 at 2:00 PM Eastern Time**. All parties shall appear and should contact the Court at **1-855-244-8681** (access code: **2319 454 5869#**).

SO ORDERED.

Dated:   November 25, 2024
              New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**