UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SCP PENTIVM GROUP,

                        Plaintiff,

     -against-                         1:24-cv-00283 (ALC)

NEXT ALPHA MANAGEMENT, LLC,         **ORDER GRANTING STAY**
NEXT ALPHA HOLDING, LLC, and JOHN
KANA FLOWERS,

                       Defendants.

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

During today's telephone conference, the parties informed the Court that Defendant Flowers has been indicted in the Eastern District of New York. To allow Defendant Flowers to focus on the criminal charges before him, the Court **GRANTS** the parties' joint request for a six-month stay. The parties should submit a Joint Status Report on June 17, 2025 informing the Court of the status of Defendant's criminal case and how they would like to proceed with this action.

The Court **DENIES** Defendant Flowers's motion to dismiss without prejudice. The Clerk of Court is directed to terminate the motion at ECF No. 26.

**SO ORDERED.**

Dated:    December 12, 2024
              New York, New York

                                                       **ANDREW L. CARTER, JR.**
                                                       United States District Judge